IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| FIERRA HALL, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 5:25-CV-13-RWS-JBB |
| PILGRIM'S PRIDE CORPORATION, | | |
| Defendant. | | |

## ORDER

Before the Court is Defendant Pilgrim's Pride Corporation's Motion to Dismiss Plaintiff's Complaint. Docket No. 8. The above-captioned case was heretofore referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. Docket No. 2.

On November 7, 2025, the Magistrate Judge issued a report and recommendation, recommending the denial of Defendant's motion. Docket No. 37.

No objections to the Report and Recommendation were filed. Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Court of the Magistrate Judge's findings, conclusions, and recommendations, and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report and Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report are filed, the standard of

review is "clearly erroneous, abuse of discretion and contrary to law."). The Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 37) as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that Defendant Pilgrim's Pride Corporation's motion (Docket No. 8) is **DENIED**.

**So ORDERED and SIGNED this 25th day of November, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE