**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| FIERRA HALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-13-RWS-JBB |
| | § | |
| PILGRIM'S PRIDE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court are Plaintiff Fierra Hall's Motion for Summary Judgment (Docket No. 55) and Defendant Pilgrim's Pride Corporation's Motion for Summary Judgment (Docket No. 57) The above-captioned case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636.

On May 26, 2026, the magistrate judge issued a report and recommendation, recommending that Plaintiff's motion be denied and Defendant's motion be granted-in-part and denied-in-part. Docket No. 74.

As of the date of this Order, no objections to the report and recommendation have been filed. Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Court of the magistrate judge's findings, conclusions, and recommendations, and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the report and recommendation of the magistrate judge and determines that the report and recommendation is correct. *See United States*

*v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

ORDERED that the Report and Recommendation of the United States Magistrate Judge (Docket No. 74) is ADOPTED as the opinion of the District Court. It is further

ORDERED that Plaintiff's Motion for Summary Judgment (Docket No. 55) is DENIED. It is further

ORDERED that Defendant's Motion for Summary Judgment (Docket No. 57) is GRANTED-IN-PART and DENIED-IN-PART.

So ORDERED and SIGNED this 28th day of July, 2026.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

Page 2 of 2